No. 03–1668. MITRIONE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Reported below: 357 F. 3d 712;
No. 03–1670. THURSTON *v.* UNITED STATES. C. A. 1st Cir. Reported below: 358 F. 3d 51;
No. 04–75. STERN *v.* UNITED STATES. C. A. 4th Cir. Reported below: 96 Fed. Appx. 855;
No. 04–95. CLIFTON *v.* UNITED STATES. C. A. 5th Cir. Reported below: 95 Fed. Appx. 559;
No. 04–118. ALTOBELLO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Reported below: 361 F. 3d 382;
No. 04–121. CRAWFORD *v.* UNITED STATES. C. A. 5th Cir. Reported below: 96 Fed. Appx. 210;
No. 04–137. TRIPLETT *v.* UNITED STATES. C. A. 11th Cir. Reported below: 99 Fed. Appx. 882;
No. 04–145. MICKLIN *v.* UNITED STATES. C. A. 6th Cir. Reported below: 89 Fed. Appx. 977;
No. 04–193. HAMMOUD, AKA ALBOUSALEH, AKA ABOUSALEH *v.* UNITED STATES. C. A. 4th Cir. Reported below: 378 F. 3d 426;

No. 04–208. JILES v. UNITED STATES. C. A. 10th Cir.;

No. 04–244. DUPURTON v. UNITED STATES. C. A. 2d Cir. Reported below: 368 F. 3d 880;

No. 04–264. COURTNEY v. UNITED STATES. C. A. 8th Cir. Reported below: 362 F. 3d 497;

No. 04–274. FLARIDA, AKA STONE v. UNITED STATES. C. A. 9th Cir. Reported below: 97 Fed. Appx. 794;

No. 04–314. DAVIS v. UNITED STATES. C. A. 7th Cir. Reported below: 100 Fed. Appx. 571;

No. 04–322. FRANCIS v. UNITED STATES. C. A. 8th Cir. Reported below: 367 F. 3d 805;

No. 04–337. CALLIPARI v. UNITED STATES. C. A. 1st Cir. Reported below: 368 F. 3d 22;

No. 04–358. MCCORMACK v. UNITED STATES. C. A. 1st Cir. Reported below: 371 F. 3d 22;

No. 04–385. STERN v. UNITED STATES. C. A. 1st Cir.;

No. 04–457. LONG v. UNITED STATES. C. A. 4th Cir. Reported below: 95 Fed. Appx. 483;

No. 04–503. WINT v. UNITED STATES. C. A. 2d Cir. Reported below: 97 Fed. Appx. 352;

No. 04–548. TATE v. UNITED STATES. C. A. 9th Cir. Reported below: 99 Fed. Appx. 817;

No. 04–592. TANG v. UNITED STATES. C. A. 9th Cir. Reported below: 103 Fed. Appx. 121;

No. 04–652. CALHOUN v. UNITED STATES. C. A. 5th Cir. Reported below: 383 F. 3d 281;

No. 04–676. CHILINGIRIAN v. UNITED STATES. C. A. 6th Cir. Reported below: 95 Fed. Appx. 782;

No. 04–762. DURAN BADILLA v. UNITED STATES. C. A. 10th Cir. Reported below: 383 F. 3d 1137;

No. 04–800. SCHNEIDER v. UNITED STATES. C. A. 6th Cir. Reported below: 110 Fed. Appx. 583; and

No. 04–812. MORALES v. UNITED STATES. C. A. 11th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.